**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-6701**

───────────────

JIMMY TINSLEY,

Petitioner - Appellant,

versus

RON ANGELONE,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CA-96-119-R)

───────────────

Submitted:  September 11, 1997      Decided:  September 23, 1997

───────────────

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Jimmy Tinsley, Appellant Pro Se.  Katherine P. Baldwin, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Tinsley v. Angelone, No. CA-96-119-R (W.D. VA. Apr. 14, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED